IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES J. ELLENBECKER,<br><br>            Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a<br>Delaware corporation;<br><br>            Defendant. | 4:19CV3038<br><br>**SECOND AMENDED<br>PROGRESSION ORDER** |

This matter comes before the Court on the Joint Motion to Amend Progression Order and Trial Date ([Filing No. 41](#)).

IT IS ORDERED:

1) The trial and pretrial setting are vacated.

2) The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **August 4, 2020** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. ([Filing No. 10](#)).

3) The final progression order is amended as follows:

    a. Written discovery deadline: 4/2/2020

    b. Motions to compel written discovery responses: 4/16/2020

    c. Deadline for complete expert disclosures
        i. Plaintiff: 5/18/2020
        ii. Defendant: 6/15/2020
        iii. Plaintiff rebuttal: 6/29/2020

d. Deposition deadline: 8/14/2020

   e. Summary judgment deadline: 9/14/2020

Dated this 28th day of January, 2020.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge